FILED
CLERK U.S. DISTRICT COURT

FEB - 6 2020

DISTRICT OF CALIFORNIA
BY **WDA** DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERT L. TARRY,<br><br>Defendant. | Case No. 8:19-cr-00107-JVS<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: <u>*nature of current allegations, criminal history, prior violations*</u>

and

B. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: *nature of current allegations, criminal history, prior violations*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 2-6-20

/s/ John D. Early
JOHN D. EARLY
United States Magistrate Judge